UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

       Plaintiff,

  v.

PATRICIA GUERRERO;
ALBERTO GUERRERO;
ALICIA GUERRERO; and Does 1-10,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:16-CV-00445-MCE-AC

**ORDER**

      The Court has reviewed the Parties' Notice of Settlement (ECF No. 29), and hereby vacates all currently set dates, with the expectation that the Parties will file a Joint Stipulation for Dismissal within 60-days of the filing date of this Order.

      IT IS SO ORDERED.

Dated:  April 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE